UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                PLAINTIFF

v.                                                     CASE NO. 3:10CR-54-C
                                                       Electronically Filed

RONALD SNYDER                                           DEFENDANT

## AMENDED AGREED ORDER OF RESTITUTION

Defendant Ronald Snyder having pled guilty, the parties having agreed to the restitution amount and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The defendant is sentenced to pay, as restitution, $15,000.00. Defendant has agreed to pay this amount at sentencing. The defendant shall pay $10,500.00 to the Clerk, United States District Court for the Western District of Kentucky on August 16, 2010, which will be applied to his restitution obligation. Additionally, the United States seized $4,500.00 from a Fifth Third Bank account belonging to defendant. The United States has agreed to apply these proceeds toward the defendant's restitution obligation. The defendant also is required to pay $100 in Special Penalty Assessments, which shall be paid at the time of sentencing.

2. The victim's name, address, and total loss is as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| | | |

| The heirs of R.C. C/O Attorney John Dwyer | Zielke Law Firm, PLLC 462 S. Fourth St., Ste. 1250 Louisville, Kentucky 40202 | $15,000.00 |
|---|---|---|
| **Total Amount** |  | **$15,000.00** |

3. The parties and Attorney John Dwyer, the representative of R.C.'s known heirs, have agreed to place the $15,000.00 restitution payment currently being held by the Clerk in Mr. Dwyer's escrow account. Attorney John Dwyer agrees to file an accounting with the Court upon distribution of the $15,000.00 to the heirs. Any accounting will indicate, at a minimum, the heirs who received the restitution, amount received, and the date distributed. Attorney John Dwyer has indicated that he will file the proper petition with the Kentucky courts seeking R.C.'s heirs. Attorney John Dwyer agrees that no fees are permitted to be retained from the restitution and the entire $15,000.00 must be disbursed to the heirs. Upon entry of this Order, the Clerk shall distribute the $15,000.00 to Attorney John Dwyer to be held in his escrow account and credit defendant Ronald Snyder's restitution balance.

4. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

5. All payments shall be made to the United States District Court Clerk, 601 West Broadway, 1st Floor, Louisville, KY 40202.

6. As long as the defendant owes restitution, the defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 510 W. Broadway St., 10th Floor, Louisville, KY 40202 of:

(a) Any change of name, residence, or mailing address; and/or (b) Any material change in economic circumstances that affects the ability to pay restitution.

7. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein. This Order supercedes the previous Order of Restitution.

This the ___7th___ day of September, 2010.

                                                      _____
                                                    JENNIFER B. COFFMAN, U.S. DISTRICT JUDGE

Having Seen and Agreed:

DAVID J. HALE
United States Attorney

/s/Joseph Ansari
_____
Bryan Calhoun
David Weiser
Joseph Ansari
Assistant United States Attorney
510 W. Broadway, 10th Floor
Louisville, Kentucky 40202
Phone: (502) 582-5911
Fax: (502) 582-5097

Dated: September 1, 2010

/s/ Charles E. Ricketts, Jr. (with permission)
Charles E. Ricketts, Jr.
4055 Shelbyville Road
Louisville, Kentucky 40207
(502) 896-2303
Counsel for Defendant, Ronald Snyder

Dated: September 1, 2010


/s/ John Dwyer (with permission)
John Dwyer
Zielke Law Firm, PLLC
462 S. Fourth St., Ste. 1250
Louisville, Kentucky 40202
Counsel for the known heirs of R.C.

Dated: September 1, 2010

cc:

Shannon D. Teague
United States Probation Office
400 Gene Snyder U.S. Courthouse
Louisville, Kentucky 40202-2277
(502) 681-1034