UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NO. 10-54-JBC

UNITED STATES OF AMERICA,                                              PLAINTIFF,

V.                              ORDER

RONALD SNYDER,                                                     DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

**IT IS ORDERED** that the Bureau of Prisons having designated Ronald Snyder to the Federal Medical Center, Lexington, Kentucky, his previously ordered voluntary surrender date of October 4, 2010, is hereby extended to November 1, 2010. Mr. Snyder shall report no later than 2:00 p.m. on said date.

This 18th day of October, 2010.

JENNIFER B. COFFMAN
U.S. District Court Judge
Western District of Kentucky